Fill in this information to identify the case:

Debtor 1      Lesley Jeneen Keeney
              aka Leslee Keeney

Debtor 2      _____
(Spouse, if filing)

United States Bankruptcy Court for the  District of MARYLAND

Case number 19-10204

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.         **Court claim no**. (if known): 11

**Last 4 digits** of any number you use to identify the debtor's account: 9454

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|    | **Description** | **Date Incurred** | | **Amount** |
|----|-----------------|-------------------|---|-----------|
| 1  | Late Charges | | (1) | $0.00 |
| 2  | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3  | Attorneys fees | | (3) | $0.00 |
| 4  | Filing fee and court costs | | (4) | $0.00 |
| 5  | Bankruptcy/Proof of claim fees | 03/18/2019 | (5) | $300.00 |
| 6  | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7  | Property inspection fees | | (7) | $0.00 |
| 8  | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9  | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: POC 410 A Fee | 03/18/2019 | (11) | $250.00 |
| 12 | Other. Specify: Plan review Fee | 01/29/2019 | (12) | $350.00 |
| 13 | Other. Specify: Objection to Confirmation Fee | 03/05/2019 | (13) | $500.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Case 19-10204     Doc     Filed 07/15/19     Page 2 of 3

Debtor 1 <u>Lesley Jeneen Keeney</u>  Case number *(if known)* <u>19-10204</u>
<u>aka Leslee Keeney</u>
      Print Name    Middle Name    Last Name

**Part 2:**    **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖   <u>/s/ Paul Crockett</u>                             Date  <u>07/15/2019</u>
    Signature

Print    <u>**Paul Crockett**</u>                           Title  <u>Bankruptcy Attorney</u>
        First Name    Middle Name    Last Name

Company  <u>RAS Crane, LLC</u>

Address  <u>10700 Abbott's Bridge Road, Suite 170</u>
        Number      Street

        <u>Duluth, GA 30097</u>
        City                              State    ZIP Code

Contact Phone  <u>470-321-7112</u>                        Email  <u>pcrockett@rascrane.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __July 15, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Morgan William Fisher
Law Offices of Morgan Fisher LLC
1125 West St., Suite 227
Annapolis, MD 21401

Lesley Jeneen Keeney
2406 Love Point Rd
Stevensville, MD 21666

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286

 

         RAS Crane, LLC
         Authorized Agent for Secured Creditor
         10700 Abbott's Bridge Road, Suite 170
         Duluth, GA 30097
         Telephone: 470-321-7112
         Facsimile: 404-393-1425

        By: __/s/Nickele Stone_____
          **Nickele Stone**
          nstone@rascrane.com